Stillman Legal P.C.

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Carattini v. Cross County Car Wash and Gas Inc., et al.*,
Case No. 1:25-cv-07320-MMG

Dear Judge Garnett:

Plaintiff respectfully submits this letter to provide a status update regarding the parties' settlement submission.

Plaintiff has provided Defendants with all of the necessary settlement documents, including the fully executed Settlement Agreement, the proposed Cheeks motion, the joint letter, and all other documents required for filing. To date, however, Plaintiff has not received any comments, revisions, or other feedback from Defendants regarding those documents.

Accordingly, Plaintiff assumes that Defendants require additional time to review the settlement papers with their clients. In the interest of allowing the parties to finalize the settlement without unnecessary motion practice, Plaintiff respectfully requests that the Court grant the parties an additional two (2) weeks, up to and including July 17, 2026, to file the settlement papers.

Plaintiff appreciates the Court's consideration of this request.

Respectfully submitted,

Stillman Legal, P.C.
Lina F Stillman, Esq.
/s/ Lina Stillman
Lina Stillman, Esq.
Attorney for Plaintiff

42 BROADWAY, 12TH FLOOR NEW YORK NY 10004
212-832-1000

Fight for your rights!
Lucha por tus derechos!

Stillman Legal P.C.

GRANTED. The deadline for the parties to submit the settlement agreement and joint letter described in the Court's June 17, 2026 Order (*see* Dkt. No. 26) is hereby EXTENDED until **July 17, 2026**. Defendants' counsel is further ORDERED to file a letter on or before **July 10, 2026**, confirming receipt of this Order. The Clerk of Court is respectfully directed to terminate Dkt. No. 27.

SO ORDERED. Dated July 9, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE