USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/04/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRISEL CARATTINI,

Plaintiff,

-against-

CROSS COUNTY CAR WASH AND GAS INC., et al.,

Defendants.

25-CV-07320 (MMG)

**ORDER APPROVING SETTLEMENT**

MARGARET M. GARNETT, United States District Judge:

Plaintiff brings this lawsuit under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.*, and the New York Labor Law, §§ 650 *et seq.* The parties advised of a settlement following a settlement conference with Magistrate Judge Tarnofsky and the Court directed the parties to submit their settlement agreement and a fairness memorandum. Dkt. No. 26. On July 30, 2026, the parties jointly filed a stipulation of partial dismissal that dismisses Defendant Anthony Patone, Jr. from this action and asks the Court to amend the case's caption to remove him as a named defendant. Dkt. No. 33. On July 31, 2026, the parties filed a memorandum asking the Court to approve the settlement agreement. Dkt. No. 34.

Having reviewed the parties' joint letter and the settlement agreement, *see* Dkt. No. 34-1, the settlement is fair and reasonable, given both the nature and scope of Plaintiff's claim and the risks and expenses involved in additional litigation. *See Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012). The settlement approval is subject to the following condition: any modification of the settlement agreement must be approved by the Court, regardless of any provision in the agreement that purports to allow the parties alone to modify it. Consistent with the agreement's terms, the Court shall retain jurisdiction to enforce the terms of the settlement agreement.

Plaintiff also seeks approval of $6,666.00 in attorneys' fees, which is 33.33% of the settlement amount of $20,000. *See* Dkt. No. 34-1 ¶ 2. Courts in this Circuit typically approve attorneys' fees that range between 30% and 33.33%. *See Guzman v. Joesons Auto Parts*, No. 11-cv-04543 (ETB), 2013 WL 2898154, at *4 (E.D.N.Y. June 13, 2013) (collecting cases); *see also, e.g.*, *Silverstein v. AllianceBernstein, L.P.*, No. 09-cv-05904 (JPO), 2013 WL 7122612, at *9 (S.D.N.Y. Dec. 20, 2013); *Beckman v. KeyBank, N.A.*, 293 F.R.D. 467, 481 (S.D.N.Y. 2013). In line with that precedent, and with the settlement amount that will remain for Plaintiff in light of the facts of this case, attorneys' fees in the amount of one-third of the recovery is appropriate here. The settlement agreement also provides that Plaintiff's counsel will receive $833.60 in litigation costs, which is appropriate in this action.

Accordingly, the settlement is APPROVED, subject to the condition noted above. The case is DISMISSED with prejudice. All pending motions are moot. All conferences are

cancelled. The Clerk of the Court is respectfully directed to remove Anthony Patone Jr. as a named Defendant in this action and then to close this case.

Dated: August 4, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge